# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAMES HENRY, | : |
| | : Civil Action No. |
| Plaintiff | : |
| | : 20-01339 |
| vs. | : |
| | : **JURY TRIAL DEMANDED** |
| BUCKS COUNTY; PRIMECARE MEDICAL, INC.; CHRISTOPHER A. PIROLLI; PAUL K. LAGANA; JOHN DOES 1-10 | : |
| Defendants | : |

## NOTICE OF APPEARANCE WITH JURY DEMAND

TO THE PROTHONOTARY:

Kindly enter my appearance as counsel for Defendants *Bucks County; Christopher A. Pirolli; Paul K. Lagana* in connection with the above-captioned matter.

                                Eckert Seamans Cherin & Mellott, LLC

BY: _____
                                Kevin W. Fay, Esquire
                                Identification No: 308252
                                50 South 16th Street, 22nd Floor
                                Philadelphia, PA 19102
                                215.851.8400
                                215.851.8383 (fax)
                                *kfay@ecerktseamans.com*
                                Attorney for Defendants
                                *Bucks County; Christopher A. Pirolli; Paul K. Lagana*

## CERTIFICATE OF SERVICE

I hereby certify that on June 22, 2020 I caused to be served a true and correct copy of the Notice of Appearance with Jury Demand on behalf of defendants via ECF filing upon the following:

*Benjamin J. Simmons, Esq.*
*Defino Law Associates, PC*
*2541 S. Broad Street*
*Philadelphia, PA 19148*

*JOHN R. NINOSKY*
*Marshall Dennehey Warner Coleman & Goggin*
*100 Corporate Center Drive*
*Suite 201*
*Camp Hill, PA 17011*

Donald J. Brooks, Jr., Esquire