UNITED STATES COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| JAMES HENRY | : |
| Plaintiff, | : |
| | : No. 2020-cv-01339 |
| v. | : |
| | : |
| BUCKS COUNTY; PRIMECARE MEDICAL, INC.; CHRISTOPHER A. PIROLLI; PAUL K. LAGANA; JOHN DOES 1-10 | : |
| Defendants. | : |

## NOTICE OF DISMISSAL

The parties hereby stipulate pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) that this action shall be dismissed as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs.

Date: 3/22/2021 By: _____
Benjamin J. Simmons, Esq.
*Attorney for Plaintiff*

Date: 3/23/21 By: _____
John R. Ninosky, Esq.
*Attorney for PrimeCare Medical, Inc.*

Date: 3/23/21 By: _____
Donald J. Brooks, Jr.
*Attorney for Bucks County, Christopher A. Pirolli, and Paul K. Lagana*

Date: 3/23/21 By: _____
Keith J. Bidlingmaier, Esq.
*Attorney for Bucks County, Christopher A. Pirolli, and Paul K. Lagana*